IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GORDON WEIHER,[1] individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COMMUNITY ALLIANCE, INC.; COMMUNITY ALLIANCE REHABILITATION SERVICES; and COMMUNITY ALLIANCE HEALTH PARTNERS, INC.,<br><br>　　　　　　Defendants. | 8:25CV20<br><br>JUDGMENT |

　　　This matter came before the Court on Defendants' Motion to Dismiss Class Action Complaint, Filing 10, and the Court granted that Motion as to dismissal without prejudice for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1), Filing 20. Accordingly,

　　　IT IS ORDERED AND ADJUDGED that this action is dismissed in its entirety without prejudice for lack of standing.

　　　Dated this 17th day of July, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

---

[1] Plaintiff is identified in the caption of the Complaint as "Godron Weiher," but he is elsewhere identified as "Gordon Weiher." See Filing 1 at 1 (preface), 6 (Parties), 60 (Prayer).